*City of Lakewood, Respondent, v. Willis, Petitioner*, No. 91827-9. Petition for review of a decision of the Court of Appeals, No. 45034-8-II, April 7, 2015, 186 Wn. App. 1045. *Granted* November 4, 2015.

*State, Respondent, v. K.H.-H., Petitioner*, No. 91934-8. Petition for review of a decision of the Court of Appeals, No. 45461-1-II, June 16, 2015, 188 Wn. App. 413. *Granted* November 4, 2015.

*In re Det. of W.C.C.*, No. 91950-0. Petition for review of a decision of the Court of Appeals, No. 71403-1-I, April 27, 2015, 187 Wn. App. 303. *Granted* November 4, 2015.

*State, Respondent, v. Licon, Petitioner*, No. 91954-2. Petition for review of a decision of the Court of Appeals, No. 31670-0-III, March 10, 2015, 186 Wn. App. 1026. *Granted on a specific issue* and *remanded* to the superior court November 4, 2015.

*State, Respondent, v. Medina, Petitioner*, No. 92133-4. Petition for review of a decision of the Court of Appeals, No. 45829-2-II, June 23, 2015, 188 Wn. App. 1029. *Granted* and *remanded* to the trial court November 4, 2015.

State, Respondent, v. Manajares, Petitioner, No. 90160-1. Petition for review of a decision of the Court of Appeals, No. 31271-2-III, March 17, 2014. *Granted* and *remanded* to the Court of Appeals November 4, 2015.

*State, Respondent, v. Byrd, Petitioner*, No. 91636-5. Petition for review of a decision of the Court of Appeals, No. 31540-1-III, March 5, 2015, 186 Wn. App. 1015. *Denied* November 4, 2015.

*Pederson, Petitioner, v. Emp't Sec. Dep't, Respondent*, No. 91774-4. Petition for review of a decision of the Court of Appeals, No. 32410-9-III, May 5, 2015, 188 Wn. App. 667. *Denied* November 4, 2015.